**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

**v.** **CASE NO: 8:98-cr-67-T-35JSS**

**NELSON GARCIA-MILLA**

---

**ORDER**

This cause comes before the Court upon periodic review. A review of the case docket reveals that on June 22, 1999, a Bench Warrant was issued, as to Defendant **NELSON GARCIA-MILLA,** after the Defendant failed to appear for sentencing. (Dkt. S-50) As of the date of this Order, the arrest warrant has yet to be executed[1]. No substantive activity has occurred in the case since the issuance of the warrant.

Accordingly, it is **ORDERED** as follows:

1. This matter is **ADMINISTRATIVELY CLOSED without prejudice**. The Government may reopen this matter once the fugitive defendant has been apprehended.
2. The Clerk of Court is directed to **ADMINISTRATIVELY CLOSE** this case.

**THE DEFENDANT IS TO REMAIN IN FUGITIVE STATUS.**

**DONE and ORDERED** in Tampa, Florida, this 18th day of September, 2017.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

---

1 Although there is an entry on the docket indicating that the arrest warrant was returned unexecuted due to a superseding indictment being filed, (Dkt. 52), a superseding indictment has not been filed, the Defendant has not been apprehended and remains a fugitive. The USM returned the warrant unexecuted in error and the docket entry was made in error.

Copies to:
Counsel of Record
U.S. Probation Office
U.S. Pretrial Services
U.S. Marshal Service